STA-SEAL, INC. v. SOUTH RIVER BOROUGH.

June 19, 1984.

Petition for certification denied.

FARMERS MUTUAL FIRE INSURANCE COMPANY OF SALEM
COUNTY v. DONALD BOGUSZ.

June 19, 1984.

Petition for certification denied.

ALNISSA PRATHER v. ESTATE OF JOSEPH BYRNES.

June 19, 1984.

Petition for certification denied.

ROYAL LIQUOR DISTRIBUTORS AND IMPORTERS v.
BROWN–FORMAN DISTILLERS CORP.

June 19, 1984.

Petition for certification denied.